UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:                                    Case No. 10-20150-dob

    Richard A Lesniak  ** Deceased**
    Amy J Lesniak
        Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/19/2010.

2) The plan was confirmed on 03/04/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/26/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 02/22/2013.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $21,113.00.

10) Amount of unsecured claims discharged without payment: $226,399.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| | | |
|---|---|---|
| **Receipts:** | | |
| Total paid by or on behalf of the debtor | $28,000.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$28,000.00** |

| | | |
|---|---|---|
| **Expenses of Administration:** | | |
| Attorney's Fees Paid Through the Plan | $4,087.49 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,137.90 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,225.39** |
| Attorney fees paid and disclosed by debtor: | $1,000.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American Infosource LP | Unsecured | 445.05 | 513.92 | 513.92 | 37.61 | 0.00 |
| American Infosource LP | Unsecured | 294.25 | 356.97 | 356.97 | 26.13 | 0.00 |
| American Infosource LP | Unsecured | 184.00 | 208.21 | 208.21 | 15.24 | 0.00 |
| American Infosource LP | Unsecured | 778.30 | 859.71 | 859.71 | 62.92 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 22,910.00 | 22,910.24 | 22,910.24 | 1,676.78 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 31,561.00 | 31,561.92 | 31,561.92 | 2,310.00 | 0.00 |
| Beneficial National Bank | Unsecured | 1,862.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | 4,200.00 | 4,506.89 | 4,506.89 | 329.85 | 0.00 |
| Capital One NA | Unsecured | 1,901.00 | 2,380.18 | 2,380.18 | 174.19 | 0.00 |
| CITI | Unsecured | 676.00 | NA | NA | 0.00 | 0.00 |
| Citifinancial | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| Citimortgage Inc | Unsecured | 30,347.00 | 30,900.20 | 30,900.20 | 2,261.56 | 0.00 |
| Citimortgage Inc | Secured | 272,881.00 | 276,911.39 | 276,911.39 | 0.00 | 0.00 |
| Department Stores National Bank/Macy's | Unsecured | 1,289.00 | 1,354.88 | 1,354.88 | 99.17 | 0.00 |
| Department Stores National Bank/Macy's | Unsecured | 1,457.04 | 1,525.67 | 1,525.67 | 111.66 | 0.00 |
| Discover Bank | Unsecured | 9,958.00 | 10,246.35 | 10,246.35 | 749.92 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 5,363.00 | 5,363.92 | 5,363.92 | 392.58 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 5,085.00 | 6,045.85 | 6,045.85 | 442.49 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 4,921.00 | 5,754.00 | 5,754.00 | 421.14 | 0.00 |
| eCast Settlement Corporation PA-EFT | Unsecured | 1,900.30 | 1,900.30 | 1,900.30 | 139.08 | 0.00 |
| FIRST FINANCIAL ASSET MGMT, INC | Unsecured | 687.79 | NA | NA | 0.00 | 0.00 |
| GEMB/Old Navy | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Secured | 20,031.00 | 7,500.00 | 7,500.00 | 7,500.00 | 196.21 |
| GMAC | Unsecured | 0.00 | 12,443.54 | 12,443.54 | 910.74 | 0.00 |
| Household Bank | Unsecured | 443.22 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada, NA | Unsecured | 443.22 | 483.00 | 483.00 | 35.35 | 0.00 |
| HSBC/Younkers | Unsecured | 1,631.00 | NA | NA | 0.00 | 0.00 |
| John Deere Credit | Unsecured | 2,842.38 | 2,873.34 | 2,873.34 | 210.30 | 0.00 |
| Macys Retail Holdings Inc. | Unsecured | 1,224.88 | NA | NA | 0.00 | 0.00 |
| MARRIOTT OWNERSHIP RESORTS, IN | Unsecured | 17,242.00 | 21,756.73 | 21,756.73 | 1,592.36 | 0.00 |
| MARRIOTT REWARDS | Unsecured | 11,819.72 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MARRIOTT REWARDS | Unsecured | 6,866.45 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 620.34 | 688.99 | 688.99 | 50.42 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 415.18 | 509.79 | 509.79 | 37.31 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 477.16 | 541.94 | 541.94 | 39.67 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 242.29 | 275.83 | 275.83 | 20.18 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 8,933.00 | 8,933.15 | 8,933.15 | 653.82 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 2,596.00 | 3,081.98 | 3,081.98 | 225.56 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 955.79 | 869.57 | 869.57 | 63.64 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 1,282.00 | 1,282.51 | 1,282.51 | 93.86 | 0.00 |
| Resurgent Capital Services LP CDA-10587 | Unsecured | 6,994.00 | 7,213.60 | 7,213.60 | 527.96 | 0.00 |
| Resurgent Capital Services LP CDA-10587 | Unsecured | 4,953.00 | 5,156.32 | 5,156.32 | 377.39 | 0.00 |
| Resurgent Capital Services LP CDA-10587 | Unsecured | 11,017.00 | 12,163.73 | 12,163.73 | 890.25 | 0.00 |
| Resurgent Capital Services LP/Dell Client Acct | Unsecured | 850.49 | 966.77 | 966.77 | 70.76 | 0.00 |
| Sears Recovery | Unsecured | 8,489.00 | NA | NA | 0.00 | 0.00 |
| THE GAP | Unsecured | 369.04 | NA | NA | 0.00 | 0.00 |
| Thr Buckle | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 295.65 | 389.48 | 389.48 | 28.51 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,500.00 | $7,500.00 | $196.21 |
| All Other Secured | $276,911.39 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$284,411.39** | **$7,500.00** | **$196.21** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$206,019.48** | **$15,078.40** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $5,225.39 |
| Disbursements to Creditors | $22,774.61 |
| **TOTAL DISBURSEMENTS :** | **$28,000.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/25/2013 By: /s/ Thomas McDonald
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**